UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America ex rel. J. Bryan Quesenberry,<br><br>Plaintiff<br><br>v.<br><br>Rockbridge Regional Library, et al.,<br><br>Defendants. | Case No. 3:24-cv-16-RSB |

**REQUEST TO CLERK TO ENTER DEFAULT
OF ROCKBRIDGE REGIONAL LIBRARY**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiff-Relator J. Bryan Quesenberry ("Relator") requests the Clerk to enter default against defendant Rockbridge Regional Library ("Rockbridge"). Rockbridge was served with the amended complaint and summons on January 22, 2026. ECF No. 28. Its answer or responsive pleading was therefore due on February 12, 2026. *Id.*; Fed. R. Civ. P. 12(a). That deadline has passed and, as shown by the docket sheet, Rockbridge has failed to plead or otherwise defend this action. Under such circumstances, Rule 55(a) requires the clerk to enter Rockbridge's default. Relator requests that it do so.

Respectfully submitted,

/s/

Bruce Ellis Fein (Virginia State Bar No. 44049)
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, Virginia 22066
703-248-0390
bruce@newdream.net