UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America ex rel. J. Bryan Quesenberry, <br><br> Plaintiff <br><br> v. <br><br> Rockbridge Regional Library, et al., <br><br> Defendants. | Case No. 3:24-cv-16-RSB |

**MOTION FOR CLERK TO ENTER DEFAULT JUDGMENT
AGAINST ROCKBRIDGE REGIONAL LIBRARY**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(b)(1), Plaintiff-Relator J. Bryan Quesenberry ("Relator") requests that the Clerk enter default judgment against defendant Rockbridge Regional Library ("Rockbridge") in the amount of $499,194.67.

Rule 55(b)(1) requires the clerk to enter judgment against a defendant defaulted for not appearing where the plaintiff's claim is for a sum certain or can be made certain by computation. Rockbridge has been so defaulted. ECF No. 35. The declaration filed herewith shows damages in the sum certain of $499,194.67. The declaration serves as the affidavit required by Rule 55(b)(1). 28 U.S.C. § 1746.

Relator therefore respectfully requests that the clerk enter judgment for that amount against Rockbridge and in favor of Relator on behalf of the United States Government. A proposed judgment is filed herewith.

Respectfully submitted,

/s/

Bruce Ellis Fein (Virginia State Bar No. 44049)
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, Virginia 22066
703-248-0390
bruce@newdream.net