IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. BRYAN QUESENBERRY, )<br>)<br>Relator, )<br>)<br>v. )<br>)<br>BREAKS INERSTATE PARK COMMISSION; CHARLOTTESVILLE REDEVELOPMENT & HOUSING AUTHORITY; ROCKBIDGE REGIONAL LIBRARY; CROSSROADS COMMUNITY SERVICES BOARD; RAPPAHANNOCK RAPIDAN COMMUNITY SERVICES BOARD a/k/a ENCOMPASS COMMUNITY SUPPORTS; and UNKNOWN JOHN AND JANE DOES, )<br>)<br>Defendants, ) | Case No.: 3:24-cv-16 |

**MOTION TO SET ASIDE DEFAULT**

COMES NOW, Rockbridge Regional Library and moves this for relief from Default under Federal Rules of Civil Procedure 55(c) and further states as follows:

1. On or about March 11, 2024, Plaintiff/Relator filed his *pro se* Complaint.

2. On or about August 28, 2025, this Court ordered the Complaint unsealed and filed upon the Defendants.

3. On or about November 17, 2025, Plaintiff filed his Amended Complaint.

4. On January 22, 2026, the Complaint was allegedly served upon Defendant Rockbridge Regional Library.

5. On February 17, 2026, the Clerk entered Default pursuant to Federal Rules of Civil Procedure 55(a).

6. On the same day, Rockbridge Regional Library retained the undersigned law firm to represent them.

7. The next day, on February 18, 2026, counsel for Rockbridge Regional Library spoke with counsel for Plaintiff/Relator about consent for this Motion.

8. On February 20, 2026, counsel for Plaintiff/Relator informed counsel for Rockbridge Regional Library they would only consent to this Motion if Defendant paid $537,234.17.

9. Good cause exists to set aside the Clerk's entry of default as Defendant, Rockbridge Regional Library was attempting to locate counsel, which it has now obtained.

10. Defendant Rockbridge Regional Library respectfully requests 21 days from February 23, 2026, to file their responsive pleading.

WHEREFORE, Defendant, Rockbridge Regional Library, respectfully requests that the Court set aside the Clerk's Entry of Default pursuant to Federal Rules of Civil Procedure 55(c), grant them 21 days to file their responsive pleading, and such further relief the Court deems right and just.

Dated: February 23, 2026

Respectfully submitted,


By: /s/ Hunter D. Weikel
Daniel R. Sullivan (VSB No. 81550)
Hunter D. Weikel (VSB No. 96024)
NEWTON & SULLIVAN, LLC
3420 Electric Road, Suite 2-C
Roanoke, Virginia 24018
Telephone: 540-628-7529
dan@newtonsullivan.com
hunter@newtonsullivan.com
*Counsel for Defendant Rockbridge Regional Library*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

          /s/ Hunter D. Weikel
          *Of Counsel*